UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARK S. SASSMAN, SR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:07-cv-1561-RLY-JMS |
| ) | |
| UNITED AIRLINES, et. al., ) | |
| ) | |
| Defendants. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 02/28/2008

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Distribution:

Michael Rabinowitch, mrabinowitch@woodmaclaw.com
Mark S. Sassman Sr., 14380 Riverrock Ct., Carmel, IN 46033
Joan Brenner, U.S. Department of Labor, Office of the Solicitor, Room N2716
    200 Constitution Ave., N.W., Washington, DC 20210
Gary S. Kaplan, gkaplan@seyfarth.com